**Samuel L. KINSEY, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

No. 2009–3070.

United States Court of Appeals, Federal Circuit.

July 22, 2009.

Neil C. Bonney, Bonney & Allenberg, P.C., of Virginia Beach, VA, argued for petitioner.

Scott D. Austin, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Michael E. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

NEWMAN, LOURIE, and RADER, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.